```
 1  Howard E. King, State Bar No. 077012
    David M. Corwin, State Bar No. 147710
 2  KING, PURTICH, HOLMES, PATERNO & BERLINER, LLP
    1900 Avenue of the Stars
 3  Twenty-Fifth Floor
    Los Angeles, California  90067
 4  Telephone:    (310) 282-8989
    Facsimile:    (310) 282-8903
 5
    Attorneys for Plaintiffs METALLICA, E/M
 6  VENTURES and CREEPING DEATH MUSIC
 7
 8                  UNITED STATES DISTRICT COURT
 9                  CENTRAL DISTRICT OF CALIFORNIA
10
11  METALLICA, et al.,              )  Case No. CV00-03914 AHM (CWx)
                                    )
12              Plaintiffs,         )  NOTICE OF VOLUNTARY DISMISSAL
                                    )
13      vs.                         )
                                    )
14  NAPSTER, INC., et al.,          )
                                    )
15              Defendants.         )
                                    )
16  _____  )
17      PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a), plaintiffs
18  voluntarily dismiss defendants UNIVERSITY OF SOUTHERN CALIFORNIA, YALE
19  UNIVERSITY and INDIANA UNIVERSITY from the above-captioned action without prejudice.
20
21  DATED:  April 25, 2000          KING, PURTICH, HOLMES,
                                    PATERNO & BERLINER, LLP
22
23
                                    By: _____
24                                         DAVID M. CORWIN
                                    Attorneys for Plaintiffs METALLICA, E/M
25                                  VENTURES and CREEPING DEATH MUSIC
26
27
28
```

FILED 2000 APR 25 Fri 2:49

ENTERED CLERK, U.S. DISTRICT COURT APR 26 2000 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY

Docketed
Copies / NTC Sent
     5 / JS - 6
     2 / JS - 3
___ CLSD

I:\WP\1432.306\1432306V.C01

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1900 Avenue of the Stars, 25th Floor, Los Angeles, California 90067.

On April 25, 2000, I served the foregoing document(s) described as **NOTICE OF VOLUNTARY DISMISSAL** on all interested parties in this action ☒ by placing ☐ the original ☒ a true copy thereof addressed as follows:

Laurence F. Pulgram, Esq.
Fenwick & West LLP
Two Palo Alto Square
Palo Alto, California 94306

☒ BY MAIL, enclosed in sealed envelope(s): I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ BY FEDERAL EXPRESS DELIVERY, enclosed in sealed envelope(s): I am "readily familiar" with the firm's practice of collection and processing items for Federal Express delivery. Under that practice, it would be deposited in an envelope or package designated by Federal Express in a facility regularly maintained by Federal Express or delivered to a courier or driver authorized to receive documents on its behalf with delivery fees paid or provided for.

☐ BY PERSONAL SERVICE, enclosed in sealed envelope(s): I delivered such envelope(s) by hand to the offices of the addressee(s).

☐ BY FACSIMILE: I caused the foregoing document(s) to be served by facsimile transmission from sending facsimile machine number (310) 282-8903 to each interested party at the facsimile machine telephone number shown. Each transmission was reported as complete and without error. A transmission report was properly issued by the sending facsimile machine for each interested party served.

Executed on April 25, 2000, at Los Angeles, California.

☒ (Federal)    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ Donna L. Simpson*
Donna L. Simpson

KING, PURTICH,
HOLMES, PATERNO
& BERLINER, LLP

I:\WP\1432.306\1432306V.C01