FILED
CLERK, U.S. DISTRICT COURT
OCT 11 2000
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| METALLICA, et al., ) | CASE NO. CV00-03914 AHM (CWx) |
| Plaintiffs, ) | ORDER DENYING PLAINTIFFS' EX PARTE APPLICATION AND CONTINUING HEARING ON THEIR MOTION FOR A PRELIMINARY INJUNCTION |
| v. ) | |
| NAPSTER, INC., et al., ) | |
| Defendants. ) | |

    The Judicial Panel on Multi-District Litigation ("JPML") has not yet announced its ruling on the pending petition to transfer this case to the United States District Court for the Northern District of California. That ruling may affect this Court's very jurisdiction to rule on the plaintiffs' motion for a preliminary injunction. Accordingly, the Court DENIES without prejudice the plaintiffs' ex parte application for an order requiring Napster to produce documents. Furthermore, pending the JPML ruling, the Court VACATES the briefing schedule and hearing date. The Court will issue a further order after the JPML rules.

IT IS SO ORDERED.

ENTER ON ICMS
OCT 12 2000

DATE: October __, 2000

_____
A. Howard Matz
United States District Judge